FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 DEC -2 PH 12: 02

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY FERGUSON,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        CASE NO. CV415-238
                                     )
JUNE E. FOGLE, Public Defender)
and HARRIS ODELL JR.,                )
                                     )
        Defendants.                  )
                                     )
                                     )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 6), to which no objections have been
filed. Accordingly, the report and recommendation is
**ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C.
§ 1983 complaint is hereby **DISMISSED WITH PREJUDICE**. The
Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _2ND_ day of December 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA